Case 10-90088   Filed 11/19/14   Doc 159

FORM EDC.6–100A Order to Close Chapter 13 Case Without Discharge/Joint Case:No Discharge entered for one or both JtDbs  (v.8.14)　　10–90088 – D – 13G

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

1200 I Street, Suite 4
Modesto, CA 95354
(209) 521–5160
M–F 9:00 AM – 4:00 PM
www.caeb.uscourts.gov

**Mailing Address:**
Robert T. Matsui United States Courthouse
501 I Street, Suite 3–200
Sacramento, CA 95814



## ORDER TO CLOSE CHAPTER 13 CASE WITHOUT DISCHARGE

Case Number:   10–90088 – D – 13G

Debtor Name(s) and Address(es):

Kenneth Murchison
 4909 Falconwood Way
Antelope, CA 95843

Janice Murchison
 4909 Falconwood Way
Antelope, CA 95843

**IT IS ORDERED** that this case shall be closed without entry of a chapter 13 discharge as to Debtor for the reason(s) set forth below.

   Debtor Kenneth Murchison has not filed form EDC 3–190, *Debtor's 11 U.S.C. § 1328 Certificate*, in accordance with Local Bankruptcy Rule 5009–1.

If debtor Kenneth Murchison subsequently files a motion to Reopen the case, Debtor Kenneth Murchison must pay the full fee due for filing such a motion (currently $235.00 for a chapter 13 case).

**IT IS FURTHER ORDERED** that this case shall be closed without entry of a chapter 13 discharge as to Debtor Janice Murchison for the reason(s) set forth below.

   Debtor Janice Murchison has not filed form EDC 3–190, *Debtor's 11 U.S.C. § 1328 Certificate*, in accordance with Local Bankruptcy Rule 5009–1.

If debtor Janice Murchison subsequently files a motion to Reopen the case, Debtor Janice Murchison must pay the full fee due for filing such a motion (currently $235.00 for a chapter 13 case).

Dated:  11/19/14

ORDERED PURSUANT TO GENERAL ORDER 13–04
Wayne Blackwelder
Clerk of Court